O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. MANCINAS-FRANCO, | CASE NO. SA CV 12-00843 RZ |
| Plaintiff, | |
| vs. | JUDGMENT |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: April 24, 2013

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE